# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JOSHUA DAVID WILSON**  **PLAINTIFF**
**ADC #179052**

v.  No. 4:23-cv-00974-LPR

**CURRY BRANHAM, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 7).  No objections have been filed, and the time for doing so has expired.[1]  After a *de novo* review of the RD and careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]

Accordingly, this action is DISMISSED without prejudice for failure to state a claim on which relief may be granted.  The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] It appears that on December 8, 2023, the file-marked copy of the RD sent to Mr. Wilson was returned to the Court as undeliverable.  *See* Doc. 8.  Out of an abundance of caution, the Court will give Mr. Wilson an additional 30 days from the date of this Order to file objections to the RD.  Mr. Wilson must file any such objections in the form of a Motion to Reconsider this Order of dismissal and the corresponding Judgment.  If he does file such a Motion, the Court will reconsider *de novo* any part of the RD that is properly objected to and evaluate whether this case should be re-opened.

[2] To the extent official capacity claims were pled, the Court notes the absence of any allegations suggesting a policy, plan, or custom motivating the allegedly wrongful conduct set out in the Complaint.  No official capacity claims have been plausibly stated.

IT IS SO ORDERED this 29th day of April 2024.

                                                                                     _____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE